Form 27 - GENERAL PURPOSE

**MAYERSON & ASSOCIATES**   MAYERSON & ASSOCIATES
U S DISTRICT COURT SOUTHERN DISTRICT STATE OF NEW YORK
------------------------------------------------------------
E.F. AND D.R. ON BEHALF OF THEIR DAUGHTER, N.R.
                                            PLAINTIFF     index No. 11 CIV 5243
                      - vs -                              Date Filed
NEW YORK CITY DEPARTMENT OF EDUCATION
                                            DEFENDANT    Office No.
                                                          Court Date.
------------------------------------------------------------
                STATE OF NEW YORK, COUNTY OF NEW YORK :SS:

**BRETT GOLUB** being duly sworn, deposes and says; I am over 18 years of age, not a party to this action, and reside in the State of New York. That on the **28TH** day of **JULY, 2011 3:11PM** at
            %**MICHAEL CARDOZO, ESQ. CORPORATION COUNSEL FOR THE CITY OF NEW YORK 100 CHURCH ST. 4TH FL.**
                  **NEW YORK NY 10007**
I served a true copy of the **SUMMONS AND COMPLAINT,**
upon **NEW YORK CITY DEPARTMENT OF EDUCATION**
**the DEFENDANT** therein named by delivering to, and leaving personally with
**DMITRIY ARONOV, CLERK AUTHORIZED TO ACCEPT**
a true copy of each thereof.
            Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.

                SEX: **MALE**     COLOR: **WHITE** HAIR: **GRY/BALD**
                APP.AGE: **56/** APP. HT: **5/8** APP. WT: **170**
                OTHER IDENTIFYING FEATURES
                **GLASSES**

COMMENTS:

Sworn to before me this
29TH day of JULY, 2011


SAMSON NEWMAN
Notary Public, NEW YORK COUNTY
  01NE4783767                              BRETT GOLUB 1239212
Qualified in NEW YORK COUNTY               AETNA JUDICIAL SERVICE INC
Commission Expires 11/03/2013              225 BROADWAY, SUITE 1802
                                           NEW YORK, NY, 10007
                                           Reference No: 7-MA7-154245