UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
E.F. on behalf of their daughter, N.R.
D.R. on behalf of their daughter, N.R.
               Plaintiff

        v.

New York City Department of Education

------------------------------------------------------X

11cv5243(GBD)
CIVIL CASE MANAGEMENT
PLAN AND SCHEDULING ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 07 2011

      After consultation with counsel for the parties, the following Case Management Plan is adopted. This plan is also a scheduling order pursuant to Rules 16 and 26(f) of the *Federal Rules of Civil Procedure*.

1. No **Additional parties** may be joined after **December 7, 2011.**

2. No amendment to the pleadings will be permitted unless sought by January 15, 2012.

3. Except for good cause shown, all **discovery** shall be commenced in time to be completed by **January 15, 2012.** The court expects discovery to be completed within 90 days of the first scheduling conference unless, after the expiration of that 90 days period, all counsel stipulate that additional time (not to exceed 60 more days) is needed to complete discovery. In such event, discovery may be extended by the parties on consent, without application to the Court, provided the parties are certain they can still meet the discovery completion date ordered by the Court. The discovery completion date shall not be adjourned except upon a showing of extraordinary circumstances

4. **Dispositive motions (or fee applications)** are to be served so as to be received by February 1, 2012. Answering papers are then to be served within 14 days. Reply papers are then to be served within seven (7) days. In the event a dispositive motion is made, the date for submitting the Joint Pretrial Order shall be changed from that shown herein to three (3) weeks from the decision on the motion. The final pretrial conference shall be adjourned to a date four (4) weeks from the decision on the motion.

5. To the extent applicable, a final **pretrial conference** will be held on **March 7, 2012 at 9:30 a.m..**

6. To the extent applicable, the **Joint Pretrial Order** shall be filed no later than **March 14, 2012.** The requirements for the pretrial order and other pretrial submissions shall be governed by the Court's Individual Rules of Practice.

7. **All motions and applications** shall be governed by the Court's Individual Rules of Practice.

- 1 -

8. The parties shall be **ready for trial** within 48 hours, notice on or after **April 4, 2012.** The estimated trial time is _____ 0 _____ days, and this is a (jury)(non-jury) trial ✗

9. The **Next Case Management Conference** will be held on **January 11, 2012 at 9:30 a.m..**

Dated: November 2, 2011
    New York, New York

SO ORDERED: NOV 07 2011

*George B. Daniels*
George B. Daniels
United States District Judge

*Attorney for Plaintiff* (8/13)

*Attorney for Defendant*

✗ (Fee Application)

- 2 -