IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| Plaintiff(s) | ) ) ) ) ) ) ) ) | |
| v. | ) | Case No.: |
|  | ) ) ) ) ) ) ) | |
| Defendant(s) | ) ) ) | |

**<u>NOTICE OF INTENT TO REQUEST REDACTION</u>**

    Notice is hereby given that a statement of redaction of specific personal identifiers will be submitted to the court reporter/transcriber within 21 days from the filing of the transcript with the Clerk of Court.

S/_____
Attorney for
Address:

Date: